UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERILYN PASSALACQUA,

    Plaintiff,

v.                                          Case No. 13-10064

SAXON MORTGAGE, INC., et al.,

    Defendants.
                                            /

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

      Plaintiff Cherilyn Passalacqua and Defendant Saxon Mortgage, Inc., have agreed to settle and are in the process of memorializing their agreement. The parties have submitted a proposed stipulated order extending the time for Defendant to answer Plaintiff's complaint so that the parties have adequate time to finalize the settlement. The court has already granted Defendant three extensions of time to answer Plaintiff's complaint. Given that the parties are requesting a fourth extension simply so that they may memorialize their settlement agreement, the extension is unnecessary. Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **July 5, 2013**, to vacate this order if the settlement is not finalized. After **July 5, 2013**, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: April 9, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 9, 2013, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522